UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CITIBANK, N.A.,<br>701 E. 60th Street North,<br>Sioux Falls, SD 57104,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY V. NOVAK and TRACY W. DRUCE,<br><br>    Defendants. | No. 1:17-cv-01593<br><br>**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, the undersigned, counsel of record for Citibank, N.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Citibank, N.A., which have any outstanding securities in the hands of the public:

### Citigroup Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:   Washington, D.C.
            August 7, 2017

SIDLEY AUSTIN LLP

By:  /s/ Frank R. Volpe
_____
Frank R. Volpe (D.C. Bar No. 458791)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.  (202) 736-8000
Fax.  (202) 736-8711
Email:  fvolpe@sidley.com

   - and -

Richard S. Fries*
Andrew D. Hart*
Sidley Austin LLP

787 Seventh Avenue
New York, New York 10019
Tel.  (212) 839-5300
Fax.  (212) 839-5599
* *pro hac vice* applications forthcoming

*Attorneys for Citibank, N.A.*

ACTIVE 223987122v.1